1  | Ian Landsberg (SBN 137431)
   | Brigitte Gomelsky (SBN 255717)
2  | **LANDSBERG & ASSOCIATES**
   | **A Professional Law Corporation**
3  | 16030 Ventura Blvd. Ste. 470
   | Encino, CA 91436
4  | Telephone:  (818) 705-2777
   | Facsimile:  (818) 705-3777
5  | Email: ilandsberg@landsberg-law.com

6  | Craig G. Margulies (SBN 185925)
   | Fahim Farivar (SBN 252153)
7  | **THE MARGULIES LAW FIRM, APLC**
   | 16030 Ventura Boulevard, Suite 470
8  | Encino, California 91436
   | Telephone:  (818) 705-2777
9  | Facsimile:   (818) 705-3777

10 | Attorneys for the Official Committee of Unsecured Creditors

11 | **UNITED STATES BANKRUPTCY COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **LOS ANGELES DIVISION**

14 | In re                                                    ) Case No.  2:08-bk-13518-PC
                                                            )
15 | ESTYLE, INC., a Delaware corporation dba        ) Chapter 11
   | babystyle, Cadeau and Cadeau Designs,            )
16 |                                                            ) **ORDER GRANTING THIRD OMNIBUS**
                                                            ) **MOTION FOR AN ORDER APPROVING**
17 |                                                            ) **SETTLEMENTS BETWEEN PLAINTIFF**
                                                            ) **OFFICIAL COMMITTEE OF CREDITORS**
18 |        Debtor and Debtor in Possession.           ) **HOLDING UNSECURED CLAIMS AND THE**
                                                            ) **FOLLOWING DEFENDANTS:**
19 |                                                            )
                                                            )
20 |                                                            ) ABD Insurance and
                                                            ) Financial Services        Under the Nile
                                                            ) Acerno, Inc. /
21 |                                                            ) Akamai                      ORE Originals
                                                            ) Aetna, Inc.
22 |                                                            )                                Sassafras
                                                            ) Bugaboo North
                                                            ) America
23 |                                                            ) City Threads             Kent H. Landsberg
                                                            )                                Million Dollar Baby
24 |                                                            ) Experian                   Zansu
                                                            ) JJ Cole Collections
25 |                                                            )
                                                            ) UPS Capital
26 |                                                            ) Corporation d/b/a
                                                            ) and a/k/a UPS
27 |                                                            ) Ten Speed Press
                                                            ) Petunia Pickle
28 |                                                            ) Bottom
                                                            ) Regency Lighting

FILED & ENTERED

JUL 21 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY huerta     DEPUTY CLERK

4000.001                                              Case No.  LA 08-13518 SB

1  )
2  )
   )
3  )   <u>Hearing:</u>
   )   Date:    July 20, 2011
4  )   Time:    9:30 a.m.
   )   Ctrm:    "1539"
5  )
   )
6  )
   )
7  _____  )

8       A hearing was held on July 20, 2011 at 9:30 a.m., before the Honorable Peter H. Carroll,

9  United States Bankruptcy Judge for the Central District of California, in Courtroom "1539",

10  located at 255 E. Temple Street, Los Angeles, California, to consider the "Third Omnibus Motion

11  For An Order Approving Settlements Between Plaintiff and the Following Defendants" (the

12  "Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") for the

13  bankruptcy estate of eStyle Inc., the debtor and debtor in possession in the above-captioned case.

14  The Defendants which are the subject of the Motion are identified on **Exhibit "A"** attached to the

15  Motion (the "Defendants").  Fahim Farviar of the Margulies Law Firm appeared on behalf of the

16  Committee.  All other appearances are as noted on the record.

17       Based upon the Motion, the declarations submitted by the Committee in support of the

18  Motion, and other evidence filed in support, no objections having been filed, and other good and

19  adequate cause appearing therefore:

20       **IT IS HEREBY ORDERED** as follows:

21       1.    The Motion is granted in its entirety.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1        2.     The settlement agreements between the Committee and the Defendants attached as

2   **Exhibit "C"** to the Motion are hereby approved.

3   ///

4   ///

5   ///
Respectfully submitted by:

6   **LANDSBERG & ASSOCIATES**

7   **A Professional Law Corporation**

8   By:   */s/ Ian S. Landsberg*
      Ian S. Landsberg

9         Brigitte Gomelsky

10  Attorneys for the Official Committee of Unsecured Creditors for eStyle Inc.

11

12  **THE MARGULIES LAW FIRM, APLC**

13  By:   */s/ Craig G. Margulies*
      Craig G. Margulies

14        Fahim Farivar
Attorneys for the Official Committee of Unsecured Creditors for eStyle Inc.

15

16  ###

17

18

19

20

21

22

23

24

25

26  DATED: July 21, 2011            _____
                         United States Bankruptcy Judge

27

28

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING THIRD OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS BETWEEN PLAINTIFF OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS AND THE FOLLOWING DEFENDANTS:**

| | |
|---|---|
| ABD Insurance and Financial Services | Under the Nile |
| Acerno, Inc. / Akamai | ORE Originals |
| Aetna, Inc. | Sassafras |
| Bugaboo North America | Kent H. Landsberg |
| City Threads | Million Dollar Baby |
| Experian | Zansu |
| JJ Cole Collections | Ten Speed Press |
| UPS Capital Corporation d/b/a and a/k/a UPS | Petunia Pickle Bottom |
| | Regency Lighting |

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** : Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

NONE

☒   Service information continued on attached page

1

<u>NEF SERVICE LIST</u>

2
- Craig G Margulies, Esq.          cmargulies@margulies-law.com
- United States Trustee (LA)       ustpregion16.la.ecf@usdoj.gov
3
- Robert M. Sasloff, Esq.          rms@robinsonbrog.com
- Jack Bochonok, Esq.              jbochonok@acerno.com
4
- Alexandra Kazhokin, Esq.         akazhokin@buchalter.com
- Peter A. Siebel, Jr.             psiebel@lowenstein.com
5
- Stephen A. Santagelo, Esq.       ssantangelo@weltman.com
- Joseph A. Becht, Jr.  Esq        jbecht@lowenstein.com
6
- Neil Bason, Esq.                 nwbason@duanemorris.com
7
- Richard C. O'Hare, Esq.          roharelaw@gmail.com
- Bruce J. Boehm, Esq.             bboehm@mbt-law.com
8
- Andrew P. Holland                aholland@thoits.com
- J. Scott Bovitz                  bovitz@bovitz-spitzer.com
9
- Elliot D. Schuler, Esq.          Elliot.schuler@bakermckenzie.com
- Tracy L. Klestadt, Esq.          tklestadt@klestadt.com
10
- Adam C. Belsky, Esq.             adam@gba-law.com
- Thomas M. Geher, Esq.            tgeher@jmbm.com
11
- Jeremy C. Kleinman, Esq.         jkleinman@fgllp.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ENTERED ORDER SERVICE LIST**

**III.  TO SERVED BY U.S. FIRST CLASS MAIL**
*Via US First Class Mail*

Counsel for ABD Insurance & Financial Services
Joe Campo
Lewis, Brisbois
221 N. Figueroa St.
Los Angeles, CA 90012

Counsel for Acerno, Inc.
George Hofmann
Parsons Kinghorn Harris
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Counsel for Aetna, Inc.
Sedgwick, Detert, Moran & Arnold LLP
Matthew A. Fischer
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105

Counsel for Bugaboo North America
Phillips Nizer LLP
 Jeremy D. Richardson
666 Fifth Avenue
New York, New York 10103-0084

Counsel for City Threads
Silver & Freeman, APLC
Jeffrey M. Lee
2029 Century Park East 19th Fl.
Los Angeles, CA 90067

Counsel for Experian
Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle St., Suite 625
Chicago, IL 60654

McKay, Burton & Thurman
Jeremy Sink
170 South Main Street
Suite 800
Salt Lake City, Utah 84101

Petunia Pickle Bottom
Nordman Cormany Hair & Compton LLP
Attn: William E Winfield
1000 Town Center Drive
Sixth Floor
Oxnard, CA 93036-1132

Sassafras
Creim Macias Koening & Frey LLP
Attn: Richard C. Macias
633 West 5th Street, 51st Floor
Los Angeles, CA 90071

Million Dollar Baby
Law Offices of James S. Yan
Attn: James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105

Regency Lighting
Hinshaw & Culbertson LLP
Attn: Steven E. Seward
One East Broward, Suite 1010
Ft. Lauderdale, FL 33301

UPS Company
Receivable Management Services
Attn: Kelli J. Bohuslav-Kail, Esq
307 International Circle, Suite 270
Hunt Valley, MD 21030

ORE Originals
Creim Macias Koening & Frey
Attn: Richard Macias, Esq.
633  West 5th Street, 51st Floor
Los Angeles, CA 90071

Case No.  LA 08-13518 SB

1    Office of the United States Trustee          David S Kupetz
     Bruce S Schildkraut                          Sulmeyer Kupetz
2    725 S. Figueroa St Ste 2600                  333 S Hope St 35th Fl
     Los Angeles, CA  90017                       Los Angeles, CA 90071
3

4    Ten Speed Press                              Kent H. Landsberg
     Random House, Inc.                           Vance & Blair LLP
5    Attn: Min Jung Lee                           Attn: Thomas L. Vance, Esq.
     1745 Broadway                                853 Camino Del Mar, Suite 202
6    New York, NY 10019                           Del Mar, CA 92014

7    Under the Nile                               Zansu
8    Ellahie & Farooqui LLP                       Squire Sanders & Dempsey (US) LLP
     Attn: Javed I. Ellahie, Esq                  Attn: Thomas J. Salerno, Esq.
9    12 South First Street, Suite 600             1 E. Washington St., Suite 2700
     San Jose, CA 95113                           Phoenix, AZ 85004
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  16030 Ventura Boulevard, Suite 470, Encino, CA  91436

A true and correct copy of the foregoing document described as **ORDER GRANTING THIRD OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS BETWEEN PLAINTIFF OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS AND THE FOLLOWING DEFENDANTS:**

| | |
|---|---|
| ABD Insurance and Financial Services | Under the Nile |
| Acerno, Inc. / Akamai | ORE Originals |
| Aetna, Inc. | Sassafras |
| Bugaboo North America | Kent H. Landsberg |
| City Threads | Million Dollar Baby |
| Experian | Zansu |
| JJ Cole Collections | Ten Speed Press |
| UPS Capital Corporation d/b/a and a/k/a UPS | Petunia Pickle Bottom |
| | Regency Lighting |

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 20, 2010, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On July 20, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ed the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2011 | Staci McFadden | /s/ Staci McFadden |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

## FIRST CLASS MAIL SERVICE LIST

2

US Bankruptcy Court                                     Office of the US Trustee
Central District of California                          Office of the US Trustee
3    Los Angeles Division                               725 S. Figueroa Street
Courtroom 1575                                          Los Angeles, CA 90012
4    255 East Temple Street
Los Angeles, CA  90012

5

6    Counsel for ABD Insurance & Financial Services
Joe Campo
7    Lewis, Brisbois
221 N. Figueroa St.
8    Los Angeles, CA 90012

9    Counsel for Aetna, Inc.
Sedgwick, Detert, Moran & Arnold LLP
10   Matthew A. Fischer
One Market Plaza, Steuart Tower, 8th Floor
11   San Francisco, California 94105

12
Counsel for City Threads
13   Silver & Freeman, APLC
Jeffrey M. Lee
14   2029 Century Park East 19th Fl.
Los Angeles, CA 90067

15
McKay, Burton & Thurman
16   Jeremy Sink
170 South Main Street
17   Suite 800
Salt Lake City, Utah 84101

18
Petunia Pickle Bottom
19   Nordman Cormany Hair & Compton LLP
Attn: William E Winfield
20   1000 Town Center Drive
Sixth Floor
21   Oxnard, CA 93036-1132

22   Million Dollar Baby
Law Offices of James S. Yan
23   Attn: James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
24   Pasadena, CA 91105

25   UPS Company
Receivable Management Services
26   Attn: Kelli J. Bohuslav-Kail, Esq
307 International Circle, Suite 270
27   Hunt Valley, MD 21030

28

Office of the United States Trustee
Bruce S Schildkraut
725 S. Figueroa St Ste 2600
Los Angeles, CA  90017


Ten Speed Press
Random House, Inc.
Attn: Min Jung Lee
1745 Broadway
New York, NY 10019

Under the Nile
Ellahie & Farooqui LLP
Attn: Javed I. Ellahie, Esq
12 South First Street, Suite 600
San Jose, CA 95113

Case No.  LA 08-13518 SB